UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA A. EURE, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 5:17-CV-198-FL |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on December 21, 2017, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on December 21, 2017, and Copies To:**

Cynthia A. Eure (via US mail: 484 Potts Road, Dudley, NC 28333)
David M. Mervis (via CM/ECF Notice of Electronic Filing)

December 21, 2017            PETER A. MOORE, JR., CLERK
                                            /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk